**ryankavanaughofficial**  ...


3d   Reply

 **jerren_swords** I watched the jake Paul fight for free 

2w   Reply

 **nadineenlightened** Where!!!!??!! Family here! 🥰 

1w   Reply

                                              

**994 views**

MAY 25