# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Triller Fight Club II, LLC,

    Plaintiff,

        v.                                  Case No. 1:21cv401

Jerren Swords,                          Judge Michael R. Barrett

    Defendant.

## **ORDER**

This matter commenced on June 11, 2021 with the filing of Plaintiff's Complaint (Doc. 1). On June 16, 2021, a summons was returned executed and Defendants answer was due July 7, 2021.

To date, Defendant has failed to move, answer, or otherwise plead in response to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(a). Consequently, default judgment may be appropriate in this case. However, Plaintiff has failed to make any effort to litigate this case since filing its Complaint. Thus, dismissal for lack of prosecution may also be warranted.

The Plaintiff is hereby **ORDERED** to file a status report within seven (7) days of the filing date of this Order or risk the Court dismissing this action for lack of prosecution pursuant to Fed. R. Civ. P. 41.

**IT IS SO ORDERED.**

                                                        *s/Michael R. Barrett*
                                                       Michael R. Barrett, Judge
                                                       United States District Court