UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRILLER FIGHT CLUB II, LLC, | ) | CASE NO. 1:21-cv-00401-MRB |
| | ) | |
| Plaintiff | ) | JUDGE MICHAEL R. BARRET |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFF'S APPLICATION FOR** |
| JERREN SWORDS, | ) | **ENTRY OF DEFAULT BY** |
| | ) | **DEFENDANT** |
| Defendant | ) | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Triller Fight Club II LLC ("Fight Club") submits this application and request for the Clerk to enter the default of Defendant Jerren Swords ("Defendant") for his failure to plead or otherwise defend against the Complaint filed and served by Fight Club upon Defendant on June 15, 2021 (ECF No. 6) as provided by the Federal Rules of Civil Procedure, and as appears from the Court's docket.

/s/ *Robert E. Chudakoff*
Robert E. Chudakoff (OH 0038594), Trial Attorney
Paul J. Linden (OH 0083699)
ULMER & BERNE LLP
Skylight Office Tower
1660 W. 2nd Street – Suite 1100
Cleveland, Ohio 44113-1448
Tel: (216) 583-7000
Fax: (216) 583-7001
rchudakoff@ulmer.com
plinden@ulmer.com

and

Farhad Novian (CA 118129)
Michael O'Brien (CA 277244)
Alexander Brendon Gura (CA 305096)
  (all admitted *pro hac vice*)
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Tel: (310) 553-1222
Fax : (310) 553-0222
farhad@novianlaw.com
gura@novianlaw.com
michaelo@novianlaw.com

*Attorneys for Plaintiff*
*Triller Fight Club II, LLC*

CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2021, the foregoing Plaintiff's Application for Entry of Default by Defendant was electronically filed.  Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system.  Parties and their counsel may access this filing through the Court's Electronic Case Filing System.  A copy was sent the same date by regular U.S. mail, postage prepaid, to the following unrepresented party:

    Jerren Swords, *Defendant*
    231 Nauvoo Pond Creek Road
    West Portsmouth, Ohio 45663

/s/ *Robert E. Chudakoff*
Robert E. Chudakoff (0038594)
ULMER & BERNE LLP

*Trial Attorney for Plaintiff*
*Triller Fight Club II LLC*

200347437v1
45819.00000