# EXHIBIT A



1801 Century Park East, Suite 1201
Los Angeles, CA 90067
t / 310.553.1222  f / 310.553.0222
www.novianlaw.com

July 9, 2021

5209.19

**FOR SETTLEMENT PURPOSES ONLY
PURSUANT TO FED. EVID. R. 408**

*Via FedEx*

Jerren Swords
231 Nauvoo Pond Road
West Portsmouth, Ohio 45663

   Re: *Triller Fight Club II LLC v. Jerren Swords*
      United States District Court
      Southern District of Ohio, Western Division
      Case No. 1:21-CV-00401

Mr. Swords:

  This Firm is counsel to Triller Fight Club II LLC ("Triller"). As you also know, on June 11, 2021, Triller filed in the United States District Court for the Southern District of Ohio a complaint asserting against you causes of action for (i) violation of the Federal Communications Act, 47 U.S.C. § 605, and (ii) copyright infringement (the "Complaint"). These causes of action are based in part on your public admission that you unlawfully accessed, received, viewed and/or displayed the April 17, 2021, pay-per-view event known as Triller Fight Club: Jake Paul vs. Ben Askren.

  Your father recently contacted me and my co-counsel, Robert E. Chudakoff, on your behalf to discuss the Complaint and potential resolution of the same. Before we continue to discuss with your father and/or you the Complaint and potential resolution of the same, we remind you that Mr. Chudakoff and I are attorneys and that we represent Triller, not you. We advise you of your right to retain your own independent attorney, at your own expense, in connection with this matter, and we encourage you to do so.

  In light of the foregoing, I hereby request that you advise me, via email to or letter to the address below, on or before 5:00 p.m. ET, Friday, July 16, 2021, whether (1) you intend to retain your own attorney to represent you in connection with this matter, or (2) you do not intend to retain

novian & novian LLP

Jerren Swords
July 9, 2021
Page 2

an attorney to represent you at this time and you consent to our continued direct communication with you and/or your father in connection with this matter.

>Alexander Brendon Gura, Esq.
>Novian & Novian, LLP
>1801 Century Park East, Suite 1201
>Los Angeles, California 90067

Thank you for your anticipated cooperation.

Very truly yours,

**NOVIAN & NOVIAN, LLP**

Attorneys at Law

*Alexander Brendon Gura*

Alexander Brendon Gura, Esq.

cc: Robert E. Chudakoff, Esq.