IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TRILLER FIGHT CLUB II, LLC,

    Plaintiff,

                                    Case Number: 1:21-CV-401

vs.                                Judge Michael R. Barrett

JERREN SWORDS,

    Defendant.

## ENTRY OF DEFAULT

It appearing that defendant, Jerren Swords, is in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against the defendant this 12th day of August, 2021.

                                                      RICHARD W. NAGEL, CLERK

                                                      s/ K. Heuer
                                                      Deputy Clerk